**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | |
| | : | **Case No. 5:26-cr-00014-CAR-CHW-1** |
| **SHEMIAH RAWLS,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

**ORDER ON DEFENDANT'S MOTION TO CONTINUE**

Before the Court is Defendant Shemiah Rawls's Motion to Continue [Doc. 28] her pre-trial conference scheduled for May 13, 2026, and trial scheduled to begin on June 1, 2026, in Macon, Georgia, to the next available term of this Court. On April 15, 2026, the Grand Jury returned an indictment charging Defendant with false statements during acquisition of a firearm from a licensed dealer. On April 30, 2026, Defendant was arrested, was appointed counsel, pled not guilty at her arraignment, and was released on an unsecured bond with conditions pending trial. On May 4, 2026, defense counsel entered their notice of appearance and filed Defendant's request for discovery. On May 5, 2026, defense counsel received initial discovery from the Government. This case has not previously been continued, and the Government does not oppose this request for a continuance.

1

Defense counsel represents additional time is needed to review discovery, conduct defense investigations, and consult with Defendant. Having considered the matter, the Court finds it serves the ends of justice to grant Defendant's request to continue the trial. The ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time to address these matters and could result in a miscarriage of justice. Thus, the Court **GRANTS** Defendant's Motion to Continue [Doc. 28], and **HEREBY ORDERS** that this case be continued until August 10, 2026, the undersigned's next regularly-scheduled term of court for the Macon Division. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

**SO ORDERED,** this 6th day of May, 2026.

s/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT