**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | |
| | : | **Case No. 5:26-CR-14-CAR-CHW** |
| **SHEMIAH RAWLS and MACKEAL RAWLS,** | : | |
| | : | |
| **Defendants.** | : | |

**ORDER GRANTING JOINT MOTION TO CONTINUE TRIAL**

Before the Court is Defendants Shemiah Rawls and Mackeal Rawls's Joint Motion to Continue [Doc. 41] their pre-trial conference scheduled for September 29, 2026, and trial scheduled to begin on October 19, 2026, in Macon, Georgia. On April 15, 2026, the Grand Jury returned a one-count indictment against Co-Defendants Shemiah Rawls and Mackeal Rawls charging them with false statements during the acquisition of a firearm from a licensed dealer. On April 30, 2026, each Defendant was arrested, was appointed counsel, pled not guilty at their arraignment, and was released on an unsecured bond with conditions pending trial. This case has been previously continued twice, and the Government does not oppose this request for a third continuance. Defense counsel represents additional time is needed to review evidence, discuss defenses, and interview

a key witness, currently incarcerated in N.C., which the witness's counsel advised could not occur until mid-September.

Having considered the matter, the Court finds it serves the ends of justice to grant Defendants' request to continue the trial. The ends of justice served by granting a continuance outweigh the interests of Defendants and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time to address these matters and could result in a miscarriage of justice. Thus, the Court **GRANTS** Defendants' Joint Motion to Continue [Doc. 41], and **HEREBY ORDERS** that this case be continued until December 7, 2026, the undersigned's next regularly-scheduled term of court for the Macon Division. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

**SO ORDERED,** this 10th day of September, 2026.

s/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT