**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | |
| | : | **Case No. 5:26-CR-14-CAR-CHW-1** |
| **SHEMIAH RAWLS,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

**ORDER GRANTING DEFENDANT'S FOURTH UNOPPOSED MOTION TO CONTINUE TRIAL**

Before the Court is Defendant Shemiah Rawls's Fourth Unopposed Motion to Continue [Doc. 47] her pre-trial conference scheduled for November 19, 2026, and trial scheduled to begin on December 7, 2026, in Macon, Georgia, to the Court's next available trial term. On April 15, 2026, the Grand Jury returned an indictment charging Defendant with false statements during acquisition of a firearm from a licensed dealer. On April 30, 2026, Defendant was arrested, was appointed counsel, pled not guilty at her arraignment, and was released on an unsecured bond with conditions pending trial. This case has been previously continued three times, and the Government does not oppose this request for a fourth continuance.

Defense counsel represents additional time is needed to interview three key witnesses—one incarcerated in North Carolina, one in Virginia, and one not yet located—review the information obtained, and consult with Defendant. Having considered the

matter, the Court finds it serves the ends of justice to grant Defendant's request to continue the trial. The ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time to address these matters and could result in a miscarriage of justice. Thus, the Court **GRANTS** Defendant's Motion to Continue [Doc. 47], and **HEREBY ORDERS** that this case be continued until February 9, 2027, the undersigned's next regularly-scheduled term of court for the Macon Division. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

**SO ORDERED,** this 28th day of October, 2026.

s/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT